ACCEPTED
04-14-00827-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/4/2015 5:12:28 PM
KEITH HOTTLE
CLERK

**No. 04-14-00827-CV**

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS,
AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/4/2015 5:12:28 PM
KEITH E. HOTTLE
Clerk

PT INTERMEDIATE HOLDING, INC. AND
PERSONAL TOUCH HOLDING CORP.,
Appellants,

v.

LMS CONSULTING LLC,
Appellee.

On Appeal from the 45th Judicial District Court, Bexar County
Honorable Peter Sakai of the 225th Judicial District Court, Presiding

## APPELLEE'S NOTICE OF APPEARANCE OF COUNSEL

**TAYLOR DUNHAM AND RODRIGUEZ LLP**
David E. Dunham
State Bar No. 06227700
ddunham@taylordunham.com
Isabelle M. Antongiorgi
State Bar No. 24059386
ima@taylordunham.com
Jennifer Tatum Lee
State Bar No. 24046950
jtatum@taylordunham.com
301 Congress Avenue , Suite 1050
Austin, Texas 78701
Telephone 512.473.2257
Facsimile 512.478.4409
Counsel for Appellee LMS Consulting LLC

TO THE HONORABLE COURT OF APPEALS:

Appellee LMS Consulting LLC files this Notice of Appearance of Counsel in the above styled and numbered cause.

David E. Dunham, Isabelle M. Antongiorgi and Jennifer Tatum Lee hereby enter their appearance as counsel of record on behalf of LMS Consulting LLC and request that copies of all notices and filings also be provided to them. Mr. Dunham, Ms. Antongiorgi and Ms. Lee's contact information is:

> David E. Dunham
> State Bar No. 06227700
> ddunham@taylordunham.com
> Isabelle M. Antongiorgi
> State Bar No. 24059386
> ima@taylordunham.com
> Jennifer Tatum Lee
> State Bar No. 24046950
> jtatum@taylordunham.com
> Taylor Dunham and Rodriguez LLP
> 301 Congress Avenue, Suite 1050
> Austin, Texas 78701
> Telephone 512.473.2257
> Facsimile 512.478.4409

Respectfully submitted,

**TAYLOR DUNHAM AND RODRIGUEZ LLP**

By: */s/ Isabelle M. Antongiorgi*
David E. Dunham
State Bar No. 06227700
ddunham@taylordunham.com
Isabelle M. Antongiorgi
State Bar No. 24059386

ima@taylordunham.com
Jennifer Tatum Lee
State Bar No. 24046950
jtatum@taylordunham.com
301 Congress Avenue, Suite 1050
Austin, Texas 78701
Telephone 512.473.2257
Facsimile 512.478.4409
Counsel for Appellee LMS Consulting LLC

## CERTIFICATE OF SERVICE

On February 4, 2015, I, the undersigned, hereby certify that a copy of Appellee's Notice of Appearance of Counsel has been served on the following by e-service, in compliance with Texas Rules of Appellate Procedure:

Monte James
mjames@jw.com
Kimberly Gdula
kgdula@jw.com
Josh Romero
jromero@jw.com
Jackson Walker LLP
100 Congress Avenue
Suite 1100
Austin, Texas 78701
*Counsel for Appellants*

/s/ Isabelle M. Antongiorgi
Isabelle M. Antongiorgi